UNITED STATES DISTRICT COURT     JS-6
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 2:22-cv-02282-MEMF(AFMx)     Date: August 1, 2022

Title: TKR AA Inc. v. You Safety Insurance Services, Inc.

---

PRESENT: The Honorable MAAME EWUSI-MENSAH FRIMPONG, U.S. District Judge

| Kelly Davis | None |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

PROCEEDINGS: (IN CHAMBERS) ORDER CLOSING CASE

    On July 11, 2022, the Court ordered counsel to show cause in writing, no later than July 22, 2022, why the above-entitled action should not be dismissed for failure to prosecute. To date, counsel have not complied with this order.

    Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

MINUTES FORM 11
CIVIL-GEN                                                                     Initials of Deputy Clerk: kd